UNITED STATES DISTRICT COURT
Western District of Tennessee
Western Division

Robert R. Di Trolio
Clerk of Court

| | |
|---|---|
| Memphis | 901-495-1200 |
| Fax | 901-495-1250 |
| Jackson | 901-427-6586 |
| Fax | 901-427-9210 |

DATE:      June 16, 2005

NOTICE TO ALL PARTIES

RE:        CRIMINAL CASE NO.  05-20205-Ma
           UNITED STATES OF AMERICA vs. CHRIS NEWTON

     __    RULE 20 (Consent to Transfer of Case for Plea and
           Sentence)

   XX_ RULE 40 DOCUMENTS

Documents, as to the above-named defendant, have been received
from the USDC, Middle District of Tennessee (Nashville), on May
31, 2005.  Please refer to document #10 in the case record.

                          Sincerely,

                          ROBERT R. Di TROLIO,
                          Clerk of Court

                          BY:_____
                              Deputy Clerk

cc: Mag. Judge Casemgr.


242 Federal Building                      101 Federal Building
167 North Main Street                109 South Highland Avenue
Memphis, Tennessee 38103              Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT