IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 14 PM 1:39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | Case No. 2:05-cr-20205-1-MI |
| ) | |
| CHRIS NEWTON and ) | |
| CHARLES LOVE, ) | |
| ) | |
| *Defendants*. ) | |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause came before the Court on motion of Thomas Greenholtz for permission to be specially admitted to participate as co-counsel for Defendant Chris Newton in the above styled case. Accordingly, for good cause shown, it is hereby **ORDERED** that such motion be **GRANTED**.

It is also **ORDERED** that counsel keep the Clerk's office informed of his current address and telephone number.

It is also **ORDERED** that any failure to comply with local rules, failure to keep the clerk advised of a current address and telephone number, failure to attend scheduled conferences, hearings and other proceedings, or any misconduct shall be grounds for rescinding this order of special admission.

ENTER.

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT JUDGE

SHUMACKER
WITT GAITHER &
WHITAKER, P.C.

\021182\00001\369497.v1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-14-05



PREPARED AND APPROVED FOR ENTRY BY:

SHUMACKER WITT GAITHER
& WHITAKER, P.C.

By: _____
Thomas Greenholtz, Tenn. BPR No. 020105
1100 SunTrust Bank Building
736 Market Street
Chattanooga, Tennessee 37402-4856
(423) 425-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon counsel for all parties at interest in this case by placing a true and exact copy of this pleading in the United States Mail, addressed to the following counsel at his or her office and with sufficient postage thereon to carry the same to its destination:

Timothy R. DiScenza                  Bryan H. Hoss
Assistant United States Attorney     Davis & Hoss
167 N. Main Street, Suite 800        508 East 5th St.
Clifford Davis Federal Building      Chattanooga, Tennessee 37403
Memphis, Tennessee 38103

This the 5th day of July, 2005.

SHUMACKER WITT GAITHER &
WHITAKER, P.C.

By: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Thomas Greenholtz
SHUMACKER WITT GAITHER & WHITAKER
1100 Sun Trust Bank Bldg
736 Market St
Chattanooga, TN 37402

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Hugh J. Moore
SCHUMAKER WITT GAITHER & WHITAKER, P.C.
736 Market St.
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402--260

Honorable Jon McCalla
US DISTRICT COURT